February 24, 2006

Mr. Bruce Edwin Ramage
Martin Disiere Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, TX 77002

Honorable Elizabeth Ray
Judge, 165th District Court
Harris County
301 Fannin, Third Floor
Houston, TX 77002
Mr. Michael A Hirsch
1301 McKinney, Ste. 2910
Houston, TX 77010

RE: Case Number: 06-0085
 Court of Appeals Number: 14-05-01082-CV
 Trial Court Number: 2004-23337

Style: IN RE FARMERS INSURANCE EXCHANGE

Dear Counsel:

 Today the Supreme Court of Texas granted the Joint Motion to Abate
Mandamus Proceeding and issued the enclosed abatement order in the above-
referenced case.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |